```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16046
   VALERIE D HOGAN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3327


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/04/2007 and was not confirmed.

     The case was dismissed without confirmation 11/19/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP   SECURED VEHIC    17788.00            .00           .00
NEW AGE FURNITURE        SECURED            500.00            .00           .00
NEW AGE FURNITURE        UNSECURED           51.00            .00           .00
AT&T                     UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO PARKING  UNSECURED       NOT FILED            .00           .00
COMCAST                  NOTICE ONLY     NOT FILED            .00           .00
PEOPLES ENERGY/GAS       UNSECURED       NOT FILED            .00           .00
ROUNDUP FUNDING LLC      UNSECURED          510.52            .00           .00
SPRINT SPECTRUM          UNSECURED       NOT FILED            .00           .00
ASSET ACCEPTANCE LLC     UNSECURED          331.09            .00           .00
ASSET ACCEPTANCE LLC     UNSECURED          603.87            .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,393.00                         .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                          784.48

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    784.48

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      784.48
                         ---------------      ---------------
TOTALS                     784.48                  784.48




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 16046 VALERIE D HOGAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 16046 VALERIE D HOGAN